IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID LESLIE BARKSDALE, | : | Civil No. 3:22-cv-2012 |
| Petitioner | : | (Judge Mariani) |
| v. | : | |
| SUPERINTENDENT JOSEPH TERRA, et al., | : | |
| Respondents | : | |

## ORDER

**AND NOW,** this 25th day of April, 2023, upon consideration of Petitioner's motion (Doc. 2) for appointment of counsel, and in accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT** the motion (Doc. 2) is **DENIED** without prejudice.

Robert D. Mariani
United States District Judge